IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMMIEL CORNISH,

    Petitioner,               No.  2:12-cv-1296 KJN P

   vs.

JIM MACDONALD,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Two problems beset the application.  First, petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis, or to submit the appropriate filing fee.

        Second, petitioner's application for a writ of habeas corpus fails to provide sufficient information for the court's initial review.  An additional problem is that the petition indicates that petitioner signed it on May 5, 2012, but placed it into the prison mailing system on June 10, 2010 (see Dkt. No. 1 at 15); elsewhere, petitioner draws attention to an unarticulated timing difficulty, stating, "I apologize for the time limitation, but I really needed help.  I didn't

1

understand how to file the writ of habeas corpus" (id. at 14).  Petitioner will be given the opportunity to complete an amended application for writ of habeas corpus in which he must provide a clear response to each requested item and provide meaningful dates; petitioner should attach copies of all relevant state court petitions and decisions for the court's review.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner shall, within thirty days from the date of this order, submit the following:  (a) An affidavit in support of his request to proceed in forma pauperis, or the appropriate filing fee; and (b) An amended habeas corpus petition.

2.  Petitioner's failure to comply with this order may result in the dismissal of this action; and

3.  The Clerk of the Court is directed to send petitioner copies of the in forma pauperis form, and habeas corpus petition, used by this district.

DATED:  May 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

corn1296.101a.plus